IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CRAIG D. FULLER                                                                                    PLAINTIFF

v.                                    Civil No. 07-5076

SHERIFF KEITH FERGUSON;
and CAPTAIN HUNTER PETRAY                                                            DEFENDANTS

## **ORDER**

On July 27, 2007, defendants filed a motion to compel answers to discovery requests (Doc. 9). Defendants state they propounded interrogatories and requests for production of documents to the plaintiff on June 5, 2007. To date, defendants state they have not received plaintiff's responses or any communication from the plaintiff regarding his responses.

Under the Federal Rules of Civil Procedure, plaintiff had thirty (30) days to respond to the discovery requests. Fed. R. Civ. P. 33(b)(3) & 34(b). Plaintiff did not request an extension of time to respond to the discovery requests. Therefore, plaintiff has failed to respond in the time provided by law.

Accordingly, defendants' motion to compel (Doc. 9) is granted. Plaintiff is directed to provide defendants with the required responses to the discovery requests **by 5:00 p.m. on November 30, 2007.**

IT IS SO ORDERED this 20th day of November 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)