**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**CRAIG D. FULLER**                                                                 **PLAINTIFF**

**v.**                               Civil No. 07-5076

**SHERIFF KEITH FERGUSON**
**and CAPTAIN HUNTER PETRAY**                                        **DEFENDANTS**

**O R D E R**

Now on this 10th day of January, 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #14, filed December 6, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, **defendant's motion to dismiss (doc. #12) is hereby granted and plaintiff's complaint is dismissed with prejudice.**

**IT IS SO ORDERED.**

            /s/Jimm Larry Hendren
            HON. JIMM LARRY HENDREN
            UNITED STATES DISTRICT JUDGE